IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIGITAS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-958-RP |
| | § | |
| THE ART INSTITUTE OF AUSTIN AII, LLC; | § | |
| ART INSTITUTE OF HOUSTON, LLC; and | § | |
| ART INSTITUTE OF | § | |
| SAN ANTONIO AII, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Defendants The Art Institute of Austin Aii, LLC, Art Institute of Houston, LLC, and Art Institute of San Antonio Aii, LLC's (collectively, "Defendants") Motion to Dismiss, (Dkt. 15). (R. & R., Dkt. 20). The Court's Order dismissed without prejudice Plaintiff Digitas Inc.'s Amended Complaint. (Dkt. 11).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 2, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE